SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2716
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

MAY 1 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                 2:13 - MJ - 0160        CKD

11  UNITED STATES OF AMERICA,          )   CASE NO.
                                       )
12                    Plaintiff,       )
                                       )   SEALING ORDER
13          v.                         )
                                       )
14  RAFAEL ORTEGA ZARATE,              )
        aka Ernesto Zarate Ortega,     )
15                                     )
                      Defendant.       )
16                                     )
                                       )
17  _____)

18        Upon application of the United States of America and good cause having been shown,

19        IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not

20  be disclosed to any person unless otherwise ordered by this Court.

21  Dated: 5/15/2013

22                                    _____
                                      HON. CAROLYN K. DELANEY
23                                    United States Magistrate Judge

24

25

26

27

28